# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RONA A. GLADDEN-GRAY,

    Plaintiff

v.

NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES AGING AND DISABILITY SERVICE DIVISION,

    Defendant

Case No.: 2:25-cv-02449-APG-NJK

**Order Denying Motion for Default Judgment**

[ECF No. 13]

Rona Gladden-Gray moves for entry of default judgment against the Nevada Department of Health and Human Services Aging and Disability Service Division (DHHS). ECF No. 13. Default was entered against DHHS. ECF No. 12.  I have discretion whether to grant default judgment.

> Factors which may be considered by courts in exercising discretion as to the entry of a default judgment include: (1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits.

*Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986).  Gladden-Gray's motion does not address these factors so I cannot evaluate them.  I therefore deny the motion without prejudice to Gladden-Gray filing a new motion for default judgment that addresses the *Eitel* factors and provides supporting documentation if needed.

/ / / /

/ / / /

I THEREFORE ORDER that Gladden-Gray's motion for entry of default judgment **(ECF No. 13) is denied without prejudice.**

DATED THIS 18th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

2